**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03201-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

YIL JO YOUNG,
WILLIAM B. SANTOS F.,
MARIO E. GARCIA C.,
HANKEY MAURICE JR.,
IVAN DARIO PEREZ,
ARLON A. SANTANDER A.,
MARTIN A. ROSAS P.,
YUSI TZUL,
JOSE A. ALCANTARA,
LUIS QUIMTANILLA,
ERIC N. BOCH,
BERNANDO FERNANDEZ,
GIOVANNI ARROYO V.,
SANTOS DIAZ H.,
OMAR A. TURCIUS A.,
ROGER TALANCON ZAVCO,
CRESCENCIO BAVRAZA,
THO LE,
REX OSEI ADDO, and
BERTRAM COLIN JOHNSON,

    Plaintiffs,

v.

SIX UNKNOWN NAMES AGENTS, or
MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,

    Defendants.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

---

On November 21, 2013, Plaintiffs submitted a civil rights action.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the documents are deficient as described in this Order.  Plaintiffs will be directed to cure the

following if they wish to pursue any claims in this Court in this action.  Any papers that

Plaintiffs file in response to this Order must include the civil action number on this

Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  X   is not submitted (Each plaintiff must submit their **own** § 1915 Motion and Affidavit)
(2)  ___  is missing affidavit
(3)  X   is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing for each Plaintiff
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner
(8)  ___  is not on proper form
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) X   other: Plaintiffs may elect to pay the $450 filing fee in full rather than submit the § 1915 motion.

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12) X   is not on proper form
(13) X   is missing original signatures by prisoners
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text
(17) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___  other:

Accordingly, it is

    ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.  It is

    FURTHER ORDERED that Plaintiffs shall obtain the Prisoner Complaint form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915 form (revised 10/1/12) (with the assistance of their case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED November 21, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland  
United States Magistrate Judge