IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03201-BNB

YOUNG YIL JO,
WILLIAM B. SANTOS F.,
MARIO E. GARCIA C.,
HANKEY MAURICE JR.,
IVAN DARIO PEREZ,
ARLON A. SANTANDER A.,
MARTIN A. ROSAS P.,
YUSI TZUL,
JOSE A. ALCANTARA,
LUIS QUIMTANILLA,
ERIC N. BOCH,
BERNANDO FERNANDEZ,
GIOVANNI ARROYO V.,
SANTOS DIAZ H.,
OMAR A. TURCIUS A.,
ROGER TALANCON ZAVCO,
CRESCENCIO BAVRAZA,
THO LE,
REX OSEI ADDO, and
BERTRAM COLIN JOHNSON,

    Plaintiffs,

v.

SIX UNKNOWN NAMES AGENTS, or
MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,

    Defendants.

---

## ORDER OF DISMISSAL

---

    Plaintiffs are in the custody of the Alabama-Etowah County Jail in Gadsden, Alabama. Plaintiffs, acting *pro se*, initiated this action by filing a civil rights action under 42 U.S.C. § 1983. In an order entered on November 21, 2013, Magistrate Judge Boyd

N. Boland directed Plaintiffs to file their claims on a Court-approved form used in filing prisoner complaints. Magistrate Judge Boland also directed Plaintiffs either to pay the filing fee in full or to submit a separate Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 for each named Plaintiff. Magistrate Judge Boland warned Plaintiffs that the action would be dismissed without further notice if they failed to cure the deficiencies within thirty days.

On two occasions, December 6 and 23, 2013, additional complaints were submitted to the Court. The substance of the complaints is the same as the Complaint filed on November 21, 2013, but the Plaintiffs are different. The Plaintiffs (whether listed on the December 6 and 13 Complaints or the November 21 Complaint) have failed to submit the $400 filing fee or in the alternative submit a request to proceed pursuant to 28 U.S.C. § 1915. They also have failed to submit their claims on a Court-approved form. Because Plaintiffs have failed to comply with the November 21, 2013 Order within the time allowed, the action will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure all deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  2nd  day of      January        , 2014.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court