IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03201-LTB

YOUNG YIL JO,
WILLIAM B. SANTOS F.,
MARIO E. GARCIA C.,
HANKEY MAURICE JR.,
IVAN DARIO PEREZ,
ARLON A. SANTANDER A.,
MARTIN A. ROSAS P.,
YUSI TZUL,
JOSE A. ALCANTARA,
LUIS QUIMTANILLA,
ERIC N. BOCH,
BERNANDO FERNANDEZ,
GIOVANNI ARROYO V.,
SANTOS DIAZ H.,
OMAR A. TURCIUS A.,
ROGER TALANCON ZAVCO,
CRESCENCIO BAVRAZA,
THO LE,
REX OSEI ADDO, and
BERTRAM COLIN JOHNSON,

    Plaintiffs,

v.

SIX UNKNOWN NAMES AGENTS, or
MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on January 2, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

DATED at Denver, Colorado, this 2 day of January, 2014.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/T.Lee
   Deputy Clerk